# Court of Appeals
# of the State of Georgia

ATLANTA,  January 10, 2019

*The Court of Appeals hereby passes the following order:*

## A19A1033. LESTER J. SMITH, JR. v. THE STATE.

Lester J. Smith, Jr. was found guilty of malice murder and other crimes and sentenced to life imprisonment on the murder charge. The Supreme Court affirmed his convictions on appeal. *Smith v. State*, 290 Ga. 768 (723 SE2d 915) (2012). Smith later filed a motion to modify his sentence, which the trial court denied. Thereafter, Smith filed both an application for discretionary review and this appeal.[1]

Under our Constitution, the Supreme Court has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed." See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (8). Because a penalty of death can be imposed for the crime of murder, jurisdiction is proper in the Supreme Court. See OCGA § 16-5-1 (e) (1); *Neal v. State*, 290 Ga. 563, 572 (722 SE2d 765) (2012) (Hunstein, C. J., concurring); see also *State v. Thornton*, 253 Ga. 524, 524 (1) (322 SE2d 711) (1984) (directing this Court to transfer "all cases in which either a sentence of death or of life imprisonment has been imposed upon conviction of

---

[1] We previously transferred Smith's application for discretionary review to the Supreme Court. See Case No. A18D0060 (transferred Aug. 29, 2017).

murder"). Accordingly, this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,   01/10/2019*
 *I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
 *Witness my signature and the seal of said court* hereto affixed the day and year last above written.

*Stephen E. Castlen*
               , *Clerk.*